1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN L. JEFFERSON, ) | Case No. CV 10-1828 JC |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social ) Security, ) | |
| ) | |
| Defendant. ) | |

Pursuant to this Court's Order Granting Motion to Dismiss, IT IS ADJUDGED that this action is dismissed for lack of subject matter jurisdiction.

DATED: July 29, 2010

/s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE